UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRINA KRAMINSKY, individually and as ppa to MICHAEL KRAMINSKY <br> Plaintiffs, | : <br> : <br> : | C.A. No. 3:22-cv-1202 |
| v. | : <br> : <br> : | |
| CVS PHARMACY, INC. <br> Defendant. | : <br> : | September 23, 2022 |

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant CVS Pharmacy, Inc. ("CVS") hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of Danbury, at Danbury, which is the judicial district in which said action is pending, to this Court.  The grounds for removal are as follows:

1. On or about August 30, 2022, the plaintiff Irina Kraminsky, individually and as p.p.a. to Michael Kraminsky, commenced a civil action against CVS in the Superior Court of Connecticut, Judicial District of Danbury at Danbury, Docket Number, DBD-CV22-6044013-S (the "Superior Court Action").

2. According to the Complaint, the plaintiffs allege that, as a result of the negligence of the CVS, Michael Kraminsky suffered injuries resulting in hospitalization and detrimental effect on the minor's ability to "carry on life's activities" with the possibility of future medical treatment and nursing care.

3. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1332(a) because complete diversity exists between the plaintiffs and the defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Irina Kraminsky brought this claim on her own behalf and as per proxima amici (p.p.a.) of

her son Michael Kraminsky. The complaint in the Superior Court Action does not allege the Plaintiffs' residence or citizenship but the accompanying summons lists their address as being in Newtown, Connecticut. See Plaintiff's Complaint and Summons, attached hereto as **Exhibit A**. Therefore, Plaintiffs are citizen of Connecticut for the purposes of diversity. See 28 U.S.C. § 1332(c)(2).

5. Defendant CVS Pharmacy, Inc. is a Rhode Island corporation and maintains its principle place of business in Woonsocket, Rhode Island.

6. The Superior Court of Connecticut, Judicial District of Danbury at Danbury, is located within the jurisdiction of the United States District Court for the District of Connecticut. Therefore, removal to this Court is proper.

7. CVS received service of process in this matter no earlier than September 2, 2022, less than thirty (30) days prior to the date of this filing. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in this case are attached as **Exhibit B**.

9. A copy of this Notice of Removal shall be filed with the Clerk of the Superior Court of Connecticut, Judicial District of Danbury at Danbury and served on all counsel of record, consistent with 28 U.S.C. § 1446(d).

10. By joining this notice, defendant, through undersigned counsel, hereby affirmatively consent to removal to this Court.

WHEREFORE, the defendant, having provided notice as is required by law, now remove the above-referenced matter from the Superior Court of the State of Connecticut to the United States District Court for the District of Connecticut.

Defendant,
**CVS Pharmacy, Inc.**
By their attorneys,

/s/ Paul E. Dwyer
Paul E. Dwyer, Esq. (434966)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Metro East Office Park
117 Metro Center Boulevard, Suite 1004
Warwick, RI 02886
Ph: 401.298.9001
pdwyer@mdmc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of September 2022, a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court' electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' CM/ECF System a true and accurate copy of the within was e-filed and mailed to the below individuals:

*Counsel for Plaintiff*
David J. Scully, Esq.
Kernan & Scully, LLP
207 Bank Street, Floor 4
PO Box 2156
Waterbury, CT 06722

/s/ Paul E. Dwyer
Paul Dwyer