# Exhibit A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT SUPERIOR COURT www.jud.ct.gov  |

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | (203) 207-8600 | SEPTEMBER 27, 2022 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: ___ | At (City/Town) DANBURY | Case type code (See list on page 2) Major: T Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) David J. Scully, Esq., Kernan & Scully, LLP, 207 Bank Street, Waterbury, CT 06722 | Juris number (if attorney or law firm) 303529 |
| Telephone number (203) 756-8961 | Signature of plaintiff (if self-represented) | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) Dscully@ksmlegal.com |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Kraminsky, Irina, ppa Kraminsky, Michael Address: 14 Sugar Street, Newtown, CT 06470 | P-01 |
| Additional plaintiff | Name: Kraminsky Irina, Individually Address: 14 Sugar Street, Newtown, CT 06470 | P-02 |
| First defendant | Name: CVS Pharmacy, Inc., Cvs Drive, Woonsocket, RI 02895 Address: c/o Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| Additional defendant | Name: Address: | D-02 |
| Additional defendant | Name: Address: | D-03 |
| Additional defendant | Name: Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date 8/30/22 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing David J. Scully, Esq. |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date
ATTEST A TRUE COPY
ROLAND E. MAILLOUX
CT STATE MARSHAL
Docket Number

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date |

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do **not** use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 90 | All other | | | |
| Eminent Domain | E 00 | State Highway Condemnation | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| | | | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | M 68 | Bar Discipline - Inactive Status | | V 40 | Snowmobiles |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 90 | All other |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | W 90 | All other |
| | M 90 | All other | | | |

| | |
|---|---|
| RETURN DATE: SEPTEMBER 27, 2022 | SUPERIOR COURT |
| IRINA KRAMINSKY, PPA<br>MICHAEL KRAMINSKY AND<br>IRINA KRAMINSKY, INDIVIDUALLY | J. D. OF DANBURY |
| VS. | AT DANBURY |
| CVS PHARMACY, INC. | AUGUST 30, 2022 |

## COMPLAINT
## COUNT 1: Irina Kraminsky, ppa Michael Kraminsky vs. CVS Pharmacy, Inc.

1. At all relevant times, the defendant, CVS Pharmacy, Inc. was a Rhode Island corporation doing business at 6 Queen Street, Newtown, Connecticut.

2. At all relevant times hereto the plaintiff, Irina Kraminsky was the mother or next kin of the plaintiff Michael Kraminsky, a minor.

3. At all relevant times, the defendant owned, possessed, maintained, managed and/or controlled a CVS Pharmacy at 6 Queen Street, Newtown, Connecticut and invited the general public to it.

1

4.  On or about November 24, 2021, the plaintiff Michael Kraminsky, a minor at the time was a business invitee on said premises.

5.  On or about November 24, 2021 at approximately 7:17 pm, the plaintiff purchased two bottles of Nyquil and Sudafed at the CVS store and paid a cashier for the items when he was under 21 years of age.

6.  The plaintiff then ingested the product and overdosed requiring hospitalization and other significant medical care.

7.  As a result of the negligence and carelessness of the defendant, its agents, servants, and/or employees, the plaintiff sustained the following injuries, consequential loss and expense, all or some of which may be permanent in nature:

   (a)  a severe shock to her nervous system;

   (b)  mental and physical pain and suffering;

   (c)  severe psychiatric injury;

   (d)  suicidal ideation;

   (e)  attempted suicides;

   (f)  severe emotional trauma;

2

(g) post traumatic stress disorder;

(h) the plaintiff has in the past and may in the future be obliged to incur expenses for medical treatment, physicians, surgery, nursing care, hospitals, x-rays, diagnostic tests, dental care, medicine, physical therapy, and/or medical equipment;

(i) the plaintiff's ability to carry on life's activities and recreations has been severely affected.

8. The injuries, consequential loss and expense sustained by the plaintiff were caused by the negligence and carelessness of the defendant, its agents, servants, and/or employees, in one or more of the following respects:

(a) in that they failed to maintain proper precautions to prevent minors from purchasing dangerous medications;

(b) in that they failed to warn persons lawfully on the premises, particularly the plaintiff, of the dangerous properties of the products;

3

(c) in that they failed to seek and establish proper photograph identification establishing the plaintiff's age in violation of State law;

(d) in that they sold the plaintiff dangerous medication when they known or should have known the product contain dangerous medicine to minors;

(e) in that they sold dangerous medication to the plaintiff who was under 21 years of age;

## COUNT 2: Irina Kraminsky, Individually vs. CVS Pharmacy, Inc.

1. At all relevant times, the defendant, CVS Pharmacy, Inc. was a Rhode Island corporation doing business at 6 Queen Street, Newtown, Connecticut.

2. At all relevant times hereto the plaintiff, Irina Kraminsky was the mother or next kin of the plaintiff Michael Kraminsky, a minor.

3. At all relevant times, the defendant owned, possessed, maintained, managed and/or controlled a CVS Pharmacy at 6 Queen Street, Newtown, Connecticut and invited the general public to it.

4

KERNAN & SCULLY LLP ATTORNEYS AT LAW
P.O. BOX 2136 • WATERBURY, CONNECTICUT 06722 • (203) 756-8961 • JURIS NO. 30960 • FAX (203) 754-2353

4.   On or about November 24, 2021, the plaintiff Michael Kraminsky, a minor at the time was a business invitee on said premises.

5.   On or about November 24, 2021 at approximately 7:17 pm, the plaintiff purchased two bottles of Nyquil and Sudafed at the CVS store and paid a cashier for the items when he was under 21 years of age.

6.   The plaintiff then ingested the product and overdosed requiring hospitalization and other significant medical care.

7.   As a result of the negligence and carelessness of the defendant, its agents, servants, and/or employees, the plaintiff sustained the following injuries, consequential loss and expense, all or some of which may be permanent in nature:

  (a) a severe shock to her nervous system;

  (b) mental and physical pain and suffering;

  (c) severe psychiatric injury;

  (d) suicidal ideation;

  (e) attempted suicides;

  (f) severe emotional trauma;

5

(g) post traumatic stress disorder;

(h) the plaintiff has in the past and may in the future be obliged to incur expenses for medical treatment, physicians, surgery, nursing care, hospitals, x-rays, diagnostic tests, dental care, medicine, physical therapy, and/or medical equipment;

(i) the plaintiff's ability to carry on life's activities and recreations has been severely affected.

8. The injuries, consequential loss and expense sustained by the plaintiff were caused by the negligence and carelessness of the defendant, its agents, servants, and/or employees, in one or more of the following respects:

(a) in that they failed to maintain proper precautions to prevent minors from purchasing dangerous medications;

(b) in that they failed to warn persons lawfully on the premises, particularly the plaintiff, of the dangerous properties of the products;

6

(c)   in that they failed to seek and establish proper photograph identification establishing the plaintiff's age in violation of State law;

(d)   in that they sold the plaintiff dangerous medication when they known or should have known the product contain dangerous medicine to minors;

(e)   in that they sold dangerous medication to the plaintiff who was under 21 years of age;

9. As a result of the aforesaid negligence of the defendants the plaintiff Irina Kraminsky was compelled to move and was obligated to incur expenses for services of dates, pharmacists, x-rays, physical therapy and many more scheduled medical bills in the future.

7

WHEREFORE, THE PLAINTIFF SEEKS:

1. Money damages;
2. Court costs;
3. Such other and further relief as law and equity provide.

Dated at Waterbury, Connecticut, this 30TH day of August, 2022.

David J. Scully, Esq.
Commissioner of the Superior Court

8.

ATTEST: A TRUE COPY
ROLAND F. MAILLOUX
CT STATE MARSHAL

RETURN DATE: SEPTEMBER 27, 2022     SUPERIOR COURT

IRINA KRAMINSKY, PPA
MICHAEL KRAMINSKY AND
IRINA KRAMINSKY, INDIVIDUALLY     J. D. OF DANBURY

VS.     AT DANBURY

CVS PHARMACY, INC.     AUGUST 30, 2022

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff hereby sets forth that the amount in demand is greater than $15,000.00, exclusive of interest and costs.

PLAINTIFF,
IRINA KRAMINSKY, PPA
MICHAEL KRAMINSKY AND
IRINA KRAMINSKY, INDIVIDUALLY

By _____
David J. Scully, Esq.
Kernan & Scully, LLP
207 Bank St., Fl. 4
P O Box 2156
Waterbury, CT 06722-2156
(203) 756-8961
Juris No. 030960

9





CT Corporation
Service of Process Notification
09/01/2022
CT Log Number 542233526

## Service of Process Transmittal Summary

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** Process Served in Connecticut

**FOR:** CVS Pharmacy, Inc. (Domestic State: RI)

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: IRINA KRAMINSKY, PPA MICHAEL KRAMINSKY AND IRINA KRAMINSKY, INDIVIDUALLY // To: CVS Pharmacy, Inc. |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/01/2022 at 11:34 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/01/2022, Expected Purge Date: 09/06/2022 |
| | Image SOP |
| | Email Notification, Serviceof Process service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
67 Burnside Ave
East Hartford, CT 06108
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# 1 result found

Select filter(s)

# Businesses

Sort by: Business Name



US-CT.BER:0553850                                    ACTIVE

## CVS PHARMACY, INC.

◉ 1 CVS DRIVE, WOONSOCKET, RI, 02895, United States

Principal(s)
CAROL A. DENALE

THOMAS S. MOFFATT

LINDA M. CIMBRON

View all

Agent
C T CORPORATION SYSTEM